IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KENNETH D. LIGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:07cv1084 (LMB/BRP) |
| ) | |
| WILLIAM A. HAZEL, INC., DARRELL ) | |
| WOLFE, TOMMY SHELL, MICHAEL A. ) | |
| QUICK, MARTY W. HIETT, PERNELL ) | |
| RICKS, JR., FRANKLIN M. PHIPPS, ) | |
| AND LASZLO ESZENYI, ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons stated in open court, defendant William A. Hazel, Inc.'s Motion to Dismiss [#4] is GRANTED; and it is hereby

ORDERED that plaintiff's claims under Title VII, the ADA, and perjury be and are DISMISSED WITH PREJUDICE; and it is further

ORDERED that plaintiff's Request for Entry of Default [#9]; Motion to Enter Default Judgment [#10, 11]; Motion to Quash [#12]; and Motion to Recuse the Magistrate Judge [#15] be and are DENIED; and it is further

ORDERED that plaintiff's motion regarding subpoenas [#16] be and is GRANTED IN PART, to the extent that counsel for defendant William A. Hazel, Inc., must file with the court, within eleven [11] days and UNDER SEAL, the current or last known home

addresses of all other defendants in this action, to enable the Clerk to arrange for service of process on these defendants.

The Clerk is directed to forward copies of this Order to plaintiff, pro se, and counsel of record. Furthermore, upon receipt of defendants' home addresses, the Clerk is directed to effect service on those defendants.

Entered this 18th day of January, 2008.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia